**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREA DODASOVICH** and **CHRISTINE MCKELVEY**, | |
| Plaintiffs, | Civil Action No. 14-0621 |
| v. | Hon. Arthur J. Schwab |
| **COURT OF COMMON PLEAS OF ALLEGHENY COUNTY**, Defendant. | **ELECTRONICALLY FILED** |

## JURY VERDICT FORM AS TO WILLFULNESS AND DAMAGES

1. Do you find that Defendant's violation of the Equal Pay Act was willful, meaning that the Defendant knew or showed reckless disregard for whether Plaintiffs' underpayment was prohibited by the law?

    _____   YES

    _____   NO

2. If you find that the Defendant's violation of the Equal Pay Act was *willful (i.e. you answered "YES" to Question 1)*, state the additional wages that the Defendant should have paid each Plaintiff in total for the period starting **three years** before this lawsuit through today.

    If you find that the Defendant's violation of the Equal Pay Act was *not willful (i.e. you answered "NO" to Question 1)*, state the additional wages that the Defendant should have paid each Plaintiff in total for the period starting **two years** before this lawsuit through today.

    Andrea Dodasovich: _____

    Christine McKelvey: _____

You have reached the end of the Verdict Form. Please sign and date the form on the following page and alert the Bailiff that you have reached a verdict.

Unanimously agreed to by we, the undersigned jurors, this \_\_\_\_ day of _____, 2015.

_____, Foreperson          _____



_____          _____



_____          _____



_____          _____